VINCENZO MAZZULA, as Administrator of the Estate of CALOGERO MAZZULA, Deceased, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Mazzula* v. *N. Y. C. & H. R. R. R. Co.*, 152 App. Div. 952, affirmed.
(Argued March 25, 1914; decided April 14, 1914.)

APPEAL from a judgment, entered October 22, 1912, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, overruling plaintiff's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for defendant upon the nonsuit granted at the Trial Term in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant.

*J. Russell Borzilleri* and *Anthony Miceli* for appellant.

*Daniel M. Beach* and *W. A. Matson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ.